IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02610-BNB

JAHAD MUQARRAB ALI,

    Plaintiff,

v.

TERRY REEVES,
C/O PONCETTA,
C/O HENDERSON, and
WARDEN GARY GOLDER,

    Defendants.




FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2006

C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Correct and Amend Previous Motion 12/8/05" filed on December 23, 2005, is GRANTED. Plaintiff's "Motion for the Appointment of Counsel" filed on December 27, 2005, is DENIED as premature.

Dated: January 11, 2006

Copies of this Minute Order mailed on January 11, 2006, to the following:

Jahad Muqarrab Ali
Prisoner No. 56036
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                            Secretary/Deputy Clerk