IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02610-PSF-CBS

JAHAD MUQARRAB ALI,

    Plaintiff,

v.

TERRY REEVES,
C/O PONCETTA,
C/O HENDERSON, and
WARDEN GARY GOLDER,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: January 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

PHILLIP S. FIGA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02610-PSF-CBS

Jahad Muqarrab Ali
Prisoner No. 56036
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Terry Reeves, c/o Poncetta,
c/o Henderson and Gary Golder – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**COURTESY COPY**


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Terry Reeves, c/o Poncetta, c/o Henderson and Gary Golder: COMPLAINT FILED 12/23/05, SUMMONS, WAIVER, AND CONSENT FORM on 1/25/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk