IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02610-PSF-CBS

JAHAD MUQARRAB ALI,

    Plaintiff,

v.

TERRY REEVES;
C/O PONCETTA;
C/O HENDERSON; and
WARDEN GARY GOLDER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Motion to Serve Summons (filed January 26, 2006; doc. # 16) is **DENIED** in light of the court's order dated January 25, 2006 granting service by United States Marshal (doc. # 14) and the Waiver and Acceptance of Service filed by all four Defendants on January 25, 2006 (doc. # 15).

**DATED:**    January 31, 2006