IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02610-PSF-CBS

JAHAD MUQARRAB ALI,
    Plaintiff,
v.

TERRY REEVES,
C/O PONCETTA,
C/O HENDERSON, and
WARDEN GARY GOLDER,
    Defendants.

ORDER

This civil action comes before the court on Ali's "Motion to Schedule Conference for April 18, 2006 . . ." (filed February 2, 2006) (doc. # 19). Pursuant to the Order of Reference dated January 19, 2006 (doc. # 12) and the memorandum dated February 2, 2006 (doc. # 21), the motion was referred to the Magistrate Judge. The court has reviewed Ali's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

On January 23, 2006, the court issued an Order setting a preliminary scheduling conference on April 18, 2006 at 10:00 a.m. (Mountain Time). The court directed Ali or his case manager to arrange for Ali's participation via telephone by calling the court at 303-844-2117 at the scheduled time. In the court's experience, the staff at Sterling Correctional Facility has facilitated numerous telephone calls to the court by prisoners regarding their litigation. The court perceives no basis for issuing any additional orders

regarding the April 18, 2006 preliminary scheduling conference.  Accordingly,

IT IS ORDERED that Ali's "Motion to Schedule Conference for April 18, 2006 . . ."

(filed February 2, 2006) (doc. # 19) is DENIED as unnecessary.

DATED at Denver, Colorado this 3rd day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge