IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02610-PSF-CBS

JAHAD MUQARRAB ALI,

    Plaintiff,

v.

TERRY REEVES,
C/O PONCETTA,
C/O HENDERSON, and
WARDEN GARY GOLDER,

    Defendants.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Due to a conflict with the court's calendar, it is hereby

    **ORDERED** that the preliminary scheduling conference set for April 18, 2006, is **VACATED** and **RESET** to **May 10, 2006, at 9:15 a.m. (Mountain Time)**, in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 844-2117** at the scheduled time.

    It is the responsibility of the **Plaintiff** to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

DATED at Denver, Colorado, this 20rd day of March, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge