IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02610-PSF-CBS

JAHAD MUQARRAB ALI,
    Plaintiff,
v.

TERRY REEVES, et al.,
    Defendants.

## ORDER

This civil action comes before the court on Ali's "Motion of Abatement for Motion to Answer to Motion to Dismiss Dated April 6th" (filed April 13, 2006) (doc. # 35). Pursuant to the Order of Reference dated January 19, 2006 (doc. # 12) and the memorandum dated April 13, 2006 (doc. # 36), the motion was referred to the Magistrate Judge.

On March 24, 2006, Defendants filed their Motion to Dismiss (doc. # 30). On April 10, 2006, Ali's Response was filed with the court (doc. # 33). On April 13, 2006, Ali filed a second Response with the court (doc. # 34). Ali has fully responded to the Motion to Dismiss. The court does not understand what Ali seeks in his "Motion of Abatement . . . ." Accordingly,

IT IS ORDERED that Ali's "Motion of Abatement for Motion to Answer to Motion to Dismiss Dated April 6th" (filed April 13, 2006) (doc. # 35) is DENIED.

DATED at Denver, Colorado this 18th day of April, 2006.

                BY THE COURT:

                *s/Craig B. Shaffer*
                United States Magistrate Judge